

# Fourth Court of Appeals
## San Antonio, Texas

August 8, 2019

No. 04-18-00131-CV

Lorraine **KENYON**, Individually and as Executrix of the Estate of Theodore Kenyon,
Appellant

v.

**ELEPHANT INSURANCE COMPANY, LLC**,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CI14055
Honorable Michael E. Mery, Judge Presiding

# O R D E R

Appellee's unopposed motion for extension of time to file a response to appellant's motion for reconsideration en banc is GRANTED. Appellee's response is due no later than August 23, 2019.

*Sandee Bryan Marion*
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of August, 2019.

Keith E. Hottle,
Clerk of Court